UNITED STATES of America,
Plaintiff–Appellee,

v.

Jesus Murillo RODRIGUEZ, also
known as Jesus Murillo–Rodri-
guez, Defendant–Appellant.

No. 06–50335

Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 5, 2006.

Joseph H. Gay, Jr., Assistant U.S. At-
torney, U.S. Attorney's Office, Western
District of Texas, San Antonio, TX, for
Plaintiff–Appellee.

Alfred Van Sumpter, Law Office of
Alfred V. Sumpter, Del Rio, TX, for De-
fendant–Appellant.

Before JONES, Chief Judge, and
SMITH and STEWART, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal
Case, Jesus Murillo Rodriguez raises argu-
ments that are foreclosed by *Almendarez–
Torres v. United States,* 523 U.S. 224, 235,
118 S.Ct. 1219, 140 L.Ed.2d 350 (1998),
which held that 8 U.S.C. § 1326(b)(2) is a
penalty provision and not a separate crimi-
nal offense. The Government's motion for
summary affirmance is GRANTED, and

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

the judgment of the district court is AF-
FIRMED.

